UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

SONIA URRIOLA,

**NOTICE OF**
**APPEARANCE**
**AND JURY DEMAND**

                Plaintiff,

Removed from:
Supreme Court of the State of
New York

   -against-

County of New York

GUIDANT CORPORATION, GUIDANT
SALES CORPORATION, BOSTON SCIENTIFIC
CORPORATION, MICHAEL LIOU, M.D., BETH
ISRAEL MEDICAL CENTER and BETH ISRAEL
MEDICAL CENTER PHILIPS AMBULATORY
CARE CENTER**,**

**Index No.:  114306/07**


**07-CV-10591-RJH**

                Defendants,
------------------------------------------------------------------------X

TO THE CLERK OF THE COURT:

        PLEASE TAKE NOTICE that the law firm of Bonina & Bonina, P.C. represents the Plaintiff

Sonia Urriola in this Action.

        PLEASE TAKE FURTHER NOTICE that the Plaintiff hereby demands a Jury Trial on all

issues.

Dated:  Brooklyn, New York
          November 30, 2007

"I have read the foregoing and I certify that, upon information and belief, the source of which is the
review of a file maintained by my office, that the foregoing Notice of Appearance and Jury Demand

is not frivolous as defined in Subsection (c) of Section 130-1.1 of the Rules of the Chief Administrator."

Yours, etc.,

_____
Amy Insler, Esq.(AIL 5221)
Bonina & Bonina, P.C.
Attorneys for Plaintiff
Sonia Urriola
16 Court Street - Suite 1800
Brooklyn, New York  11241
(718) 522-1786

TO:  THE CLERK OF THE COURT

McCarter & English, LLP
Attorneys for Defendants
Guidant Corporation, Guidant Sales Corporation
and Boston Scientific Corporation
245 Park Avenue - 27th Floor
New York, New York  10167-0001

Shook, Hardy & Bacon, L.L.P.
Attorneys for Defendants
Guidant Corporation, Guidant Sales Corporation
and Boston Scientific Corporation
2555 Grand Boulevard
Kansas City, Missouri  64108

Aaronson Rappaport Feinstein & Deutsch, LLP
Attorneys for Defendants
Dr. Michael Liou, Beth Israel Medical Center
and Beth Israel Medical Center Phillips
Ambulatory Care Center
757 3rd Avenue
New York, New York  10017

**Index No.:  114306/07 and  Civil Action No.:  07-CV-10591-RJH**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SONIA URRIOLA,

Plaintiff,

    -against-

GUIDANT CORPORATION, GUIDANT SALES CORPORATION, BOSTON SCIENTIFIC CORPORATION, MICHAEL LIOU, M.D., BETH ISRAEL MEDICAL CENTER AND BETH ISRAEL MEDICAL CENTER PHILIPS AMBULATORY CARE CENTER,

Defendants.

**NOTICE OF APPEARANCE AND JURY DEMAND**

**BONINA & BONINA, P.C.**
Attorneys for *Plaintiff(s)*
16 Court Street, Suite 1800
Brooklyn, NY 11241
(718) 522-1786
Fax No.:  (718) 243-0414

*Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed documents are not frivolous.*

Dated:  November 30, 2007    Signature _____

Print Signer's Name: <u>Amy Insler, Esq.</u>_____

*Service of a copy of the within                                  is hereby admitted.*
*Dated:*

_____
*Attorney(s) for*                             

***PLEASE TAKE NOTICE***

Check Applicable Box



NOTICE OF ENTRY

*that the within is a (certified) true copy of a*
*entered in the office of the clerk of the within named Court on*



NOTICE OF SETTLEMENT

*that an Order of which the within is a true copy will be presented for settlement to the Hon.*
*one of the judges of the within named Court,*
*at                   on                   20  , at        M.*

    *Dated:*

**BONINA & BONINA, P.C.**
*Attorneys for Plaintiff(s)*
16 COURT STREET
BROOKLYN, N.Y. 11241

*To:*
*Attorney(s) for*

3

STATE OF NEW YORK, COUNTY OF                    ss.:

I, the undersigned, am an attorney admitted to practice in the courts of New York, and

**9** Attorney's Certification

certify that the annexed
has been compared by me with the original and found to be a true and complete copy thereof.

say that: I am the attorney of record, or of counsel with the attorney(s) of record, for
. I have read the annexed

**9** Attorney's Verification By Affirmation

know the contents thereof and the same are true to my knowledge, except those matters therein which are stated to be alleged on information and belief, and as to those matters I believe them to be true. My belief, as to those matters therein not stated on upon knowledge, is based on the following. By a review of a file maintained is my office.

The reason I make this affirmation instead of Plaintiff is Plaintiff resides in a County other than the one in which I maintain my office. affirm that the foregoing statements are true under penalties of perjury.

Dated:                                           ----------------------------------------------------------------
                                               (Print signer's name below signature)

STATE OF NEW YORK, COUNTY OF                    ss:

                                 being sworn says: I am

**9** Individual Verification

in the action herein; I have read the annexed
know the contents thereof and the same are true to my knowledge, except those matters therein which are stated to be alleged on information and belief, and as to those matters I believe them to be true.
the                                    of

**9** Corporate Verification

a corporation, one of the parties to the action; I have read the annexed
know the contents thereof and the same are true to my knowledge, except those matters therein which are stated to be alleged on information and belief, and as to those matters I believe them to be true.
My belief, as to those matters therein not stated upon knowledge, is based on the following:

Sworn to before me on                    , 19             ----------------------------------------------------------------
                                                 (Print signer's name below signature)

STATE OF NEW YORK, COUNTY OF KINGS           ss.:

     Maria Giamundo, being sworn says: I am not a party to the action, am over the age of 18 years of age and reside at Brooklyn, New York. On November 30, 2007, I served a true copy of the annexed **NOTICE OF APPEARANCE AND JURY DEMAND** in the following manner:

**X** Service by Mail

by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last know address of the addressee(s) as indicated below:

**9** Personal Service

by delivering the same personally to the persons and at the addresses indicated below:

**9** Service by Electronic Means

by transmitting the same to the attorney by electronic means to the telephone number or other station or other limitation designated by the attorney for that purpose. In doing so I received a signal from the equipment of the attorney indicating that the transmission was received, and mailed a copy of same to that attorney, in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

**9** Overnight Delivery Service

by depositing the same with an overnight delivery service in a wrapper proper addressed. Said delivery was made prior to the latest time designated by the overnight delivery service for overnight delivery. The address and delivery service are indicated below:

McCarter & English, LLP
Attorneys for Defendants
Guidant Corporation, Guidant Sales Corporation
and Boston Scientific Corporation
245 Park Avenue - 27th Floor
New York, New York  10167-0001

Shook, Hardy & Bacon, L.L.P
Attorneys for Defendants
Guidant Corporation, Guidant Sales
Corporation and Boston Scientific Corporation
2555 Grand Boulevard
Kansas City, Missouri  64108

Aaronson Rappaport Feinstein & Deutsch, LLP
Attorneys for Defendants
Dr. Michael Liou, Beth Israel Medical Center
and Beth Israel Medical Center Phillips
Ambulatory Care Center
757 3rd Avenue
New York, New York  10017

                                    ----------------------------------------------
                                     MARIA GIAMUNDO

Sworn to before me on November 30, 2007

4