John Bonina
Andrea E. Bonina

Deborah A. Trerotola
Tyrone F. Sergio
Amy L. Insler

**BONINA & BONINA, P.C.**
Attorneys at Law
16 Court Street
Suite 1800
Brooklyn, New York 11241
(718) 522-1786
(888) MEDLAW 1
Fax (718) 243-0414
www.medlaw1.com

December 12, 2007

United States District Court
Southern District of New York
U.S.D.J. Richard J. Holwell
500 Pearl Street
New York, New York 10007

   Re: Sonia Urriola v. Guidant Corporation, et. al.
     U.S. DC Docket No.: 07-CV-10591 (RJH DSE)

Dear Justice Holwell:

  Enclosed herein please find a fully executed Stipulation extending Plaintiff's time to respond to and/or cross move with regard to Guidant's Motion for a Stay in the above referenced matter.

  Defendants have consented to extending Plaintiff's time to respond and/or cross move because our office has not received all of the medical records that would be necessary to draft a meaningful response and/or Cross Motion in this matter.

  Currently an Order to Show Cause is pending in New York State Supreme Court which seeks immediate production of the medical records which have not yet been received by our office.

  As such, it is respectfully requested that the Court So Order the Stipulation in this matter and extend Plaintiff's time to respond and/or cross move until January 21, 2008.

            Respectfully yours,

            Bonina & Bonina, P.C.

         By: _/s/ Amy Insler_____
            Amy Insler, Esq.

AI:mg

Enc.

*The Med Law Team*™

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
SONIA URRIOLA,

               Plaintiff,

-against-

GUIDANT CORPORATION, GUIDANT
SALES CORPORATION, BOSTON SCIENTIFIC
CORPORATION, MICHAEL LIOU, M.D., BETH
ISRAEL MEDICAL CENTER and BETH ISRAEL
MEDICAL CENTER PHILIPS AMBULATORY
CARE CENTER,

               Defendants,
-----------------------------------X

STIPULATION

Index No.: 114306/07

Civil Action No.:
07-CV-10591-RJH

Counsel:

    IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED TO by and among the attorneys for all parties in the above Captioned matter that Plaintiff's time to respond to and/or Cross Move with reference to Defendants' Motion Seeking a Stay is hereby extended for forty-five (45) days until January 21, 2008.

Dated: Brooklyn, New York
       December 6, 2007

*[signature: Amy Insler]*
Bonina & Bonina, P.C.
Attorneys for Plaintiff
Sonia Urriola
16 Court Street - Suite 1800
Brooklyn, New York 11241
By: Amy Insler, Esq.

*[signature]*
Aaronson Rappaport Feinstein & Deutsch, LLP
Attorneys for Defendants
Dr. Michael Liou, Beth Israel Medical Center
and Beth Israel Medical Center Phillips
Ambulatory Care Center
757 3rd Avenue
New York, New York 10017
By: Jay A. Rappaport, Esq.

*[signature: Kimberly S. Penner]*
McCarter & English, LLP
Attorneys for Defendants
Guidant Corporation, Guidant Sales Corporation
and Boston Scientific Corporation
4 Gateway Center
100 Mulberry Street
P.O. Box 562
Newark, New Jersey 07102
By: [illegible], Esq.
Kimberly S. Penner, Esq

SO ORDERED: _____