DEC 11. 2007: 3:42PM  MACARTER ENGLISH & BONINA                    12-06-07  (NO. 6407  Pg P. 5/5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
SONIA URRIOLA,

              Plaintiff,    STIPULATION

   -against-                    Index No.: 114306/07

GUIDANT CORPORATION, GUIDANT    Civil Action No.:
SALES CORPORATION, BOSTON SCIENTIFIC    07-CV-10591-RJH
CORPORATION, MICHAEL LIOU, M.D., BETH
ISRAEL MEDICAL CENTER and BETH ISRAEL
MEDICAL CENTER PHILIPS AMBULATORY
CARE CENTER,

             Defendants,
----------------------------------------X
Counsel:



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/19/07

IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED TO by and among the attorneys for all parties in the above Captioned matter that Plaintiff's time to respond to and/or Cross Move with reference to Defendants' Motion Seeking a Stay is hereby extended for forty-five (45) days until January 21, 2008.

Dated: Brooklyn, New York
      December 6, 2007

_____                    _____
Bonina & Bonina, P.C.                        McCarter & English, LLP
Attorneys for Plaintiff                      Attorneys for Defendants
Sonia Urriola                                Guidant Corporation, Guidant Sales Corporation
16 Court Street - Suite 1800                 and Boston Scientific Corporation
Brooklyn, New York 11241                     4 Gateway Center
By: Amy Insler, Esq.                         100 Mulberry Street
                                       P.O. Box 562
                                       Newark, New Jersey 07102
                                       By: _____
                                           Kimberly S. Penner, Esq.

_____
Aaronson Rappaport Feinstein & Deutsch, LLP
Attorneys for Defendants
Dr. Michael Liou, Beth Israel Medical Center
and Beth Israel Medical Center Phillips
Ambulatory Care Center
757 3rd Avenue
New York, New York 10017
By: Jay A. Rappaport, Esq.

SO ORDERED: _____
                     12/19/07