January 14, 2008

**SENT VIA FACSIMILE AND ECF**

U.S.D.J. Richard J. Holwell
United States District Court
Southern District of New York
United States Courthouse
Room 1950
500 Pearl Street
New York, New York  10007-1312

      Re:  Sonia Urriola v. Guidant Corporation, et. al.
          U.S. DC Docket No.:  07-CV-10591 (RJH DSE)

Dear Justice Holwell:

    My office was retained by Sonia Urriola in October, 2007.  Subsequent to our retention we filed a Summons and Verified Complaint on October 24, 2007.  The case was then removed to this Court on November 26, 2007.  Transfer to the Guidant MDL is pending.  Currently, there is also a Motion pending before the Court to remand the case back to State Court.

    This letter is being written to inform the Court that during the course of our representation of the client over the last four (4) months, we have determined that we wish to withdraw as counsel.

    Our client has been informed of this decision and wishes to continue with her litigation without our representation.  We request that the Court, issue an Order relieving our law firm as counsel and granting Plaintiff Sonia Urriola time to retain new counsel or put in an appearance pro se.

    A copy of this letter is being hand delivered to Sonia Urriola, electronically filed and facsimiled  to all appropriate parties.

    Thank you for your attention to this matter.

                                            Respectfully yours,

                                            Bonina & Bonina, P.C.

                                        By: _____
                                                Amy Insler, Esq.

AI:mg

cc:

McCarter & English, LLP
4 Gateway Center
100 Mulberry Street
P.O. Box 562
Newark, New Jersey  07102

Attention:  Kimberly S. Penner, Esq.

Aaronson Rappaport Feinstein & Deutsch, LLP
757 3rd Avenue
New York, New York  10017

Attention:  Jay A. Rappaport, Esq.

Ms. Sonia Urriola
126 East 3rd Street - Apt. 3A
New York, New York  10009