

**A CERTIFIED TRUE COPY**

DEC 28 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DOC #

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 12 2007

FILED
CLERK'S OFFICE

JAN 15 2008

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: GUIDANT CORP. IMPLANTABLE
DEFIBRILLATORS PRODUCTS
LIABILITY LITIGATION

MDL No. 1708

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-48)

On November 7, 2005, the Panel transferred four civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 398 F.Supp.2d 1371 (J.P.M.L. 2005). Since that time, 534 additional actions have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Donovan W. Frank.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Frank.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of November 7, 2005, and, with the consent of that court, assigned to the Honorable Donovan W. Frank.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

DEC 28 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A true copy in ___2___ sheet(s) of the record in my custody,
CERTIFIED, 1-7-07 20___
Richard D. Sletten, Clerk
Deputy Clerk

SCANNED
JAN 7 2008
U.S. DISTRICT COURT MPLS

IN RE: GUIDANT CORP. IMPLANTABLE
DEFIBRILLATORS PRODUCTS
LIABILITY LITIGATION                                    MDL No. 1708

## SCHEDULE CTO-48 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ILLINOIS NORTHERN** | |
| ~~ILN 1 07-6561~~ | ~~Judith Maher v. Guidant Corp., et al.~~ Opposed 12/28/07 |
| **NEW YORK SOUTHERN** | |
| NYS 1 07-10591 | Sonia Urriola v. Guidant Corp., et al.  08-33 |
| **PENNSYLVANIA WESTERN** | |
| PAW 2 07-1590 | John Huber, et al. v. Boston Scientific Corp., et al.  08-34 |